1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RUBEN P. ARELLANO, | No. 2:24-cv-06141-ODW-BFM |
| Petitioner, | |
| v. | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| CALVIN JOHNSON, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Petition is denied.
3. Respondent's Motion to dismiss (ECF 7) is granted.
4. Judgment shall be entered dismissing this action with prejudice.

5. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: August 6, 2025

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE