JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUBEN P. ARELLANO,<br>　　　　Petitioner,<br>　　v.<br>CALVIN JOHNSON,<br>　　　　Respondent. | No. 2:24-cv-06141-ODW-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: August 6, 2025

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE